Commonwealth *v.* Soli, Appellant.

Submitted March 20, 1972. *Nino V. Tinari,* for appellant; *Richard D. Steel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Spitler, Appellant.

Submitted March 20, 1972. *Ralph W. D. Levan,* for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Spitler, Appellant.

Submitted December 10, 1971. *Frederick S. Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., and JACOBS, J., dissent.